UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROY COOPER, GOVENOR COOPER'S, )<br>BUSINESS OFFICE, PAUL COBLE, STATE )<br>LEGISLATIVE BUILDING, BOBBY )<br>CARMODY, CANTRAILIA PRESTON, )<br>and CAPITOL POLICE, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br><br>5:22-CV-442-BO-BM |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation ("M&R") of Magistrate Judge Brian S. Meyers [DE 5].

**IT IS ORDERED, ADJUDGED AND DECREED** the Court ADOPTS the M&R [DE 5] in full.

**This judgment filed and entered on December 2, 2024, and served on:**
Derrick Allen (via CM/ECF NEF)

December 2, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk